# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ANA MARGARITA VERDEJA-PEREZ, M.D., and
BAYCARE MEDICAL GROUP, INC.,

Petitioners,

v.

MILDRED ACEVEDO-DUNCAN and LARRY W. DUNCAN,

Respondents.

No. 2D2024-0503

————————————————

October 16, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Nancy L. Jacobs, Judge.

Ronald E. Bush and Jennifer N. Edwards of Bush Graziano Rice & Hearing, P.A., Tampa, for Petitioners.

Percy Martinez and Lisa H. Colón of Percy Martinez, P.A., Coral Gables, for Respondents.

PER CURIAM.

Denied. *See Univ. of Fla. Bd. of Trs. v. Carmody*, 372 So. 3d 246 (Fla. 2023).

LaROSE and LABRIT, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

————————————————

Opinion subject to revision prior to official publication.